IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS THOMPSON,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**REVA ENGELAGE,** *et al.*,<br><br>　　　　　　**Defendants.** | **Case No. 22-cv-02243-SPM** |

# JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**

　　This matter having come before the Court, and the Court having rendered a decision,

　　**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of March 20, 2024 (Doc. 36), reflecting settlement between the parties, this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

　　**DATED:   June 26, 2024**

　　　　　　　　　　　　　　　　　　　　　　　**MONICA A. STUMP,**
　　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　　**By:**   **s/ Jo Ann Juengel**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**


**APPROVED:**   **s/Stephen P. McGlynn**
　　　　　　　　　**STEPHEN P. MCGLYNN**
　　　　　　　　　**United States District Judge**